UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JOHN J. BLOOM | ) |
| | ) |
| vs. | ) Case No. 09-260-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |

\_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the decision of the Administrative Law Judge is hereby AFFIRMED.

**IT IS SO ORDERED.**

July 6, 2010                                        Ann Thompson
Date                                                       Clerk of the Court


Entered on: July 6, 2010                  s/ Karen Siegert
                                                            (By) Deputy Clerk